W. A. BRIDGES et al., Plaintiffs In Error, v. H. S. WILDER et al., Defendants in Error.

No. 2705.

Court of Civil Appeals of Texas. Beaumont. March 21, 1935.

Rehearing Denied April 3, 1935.

Davis, Avery & Wallace, of Center, for plaintiffs in error.

Ellis B. Warren, of Center, for defendants in error.

WALKER, Chief Justice.

This is a companion case in every respect with cause No. 2704, W. A. Bridges et al. v. H. S. Wilder et al (Tex. Civ. App.) 80 S.W. (2d) 1081, except as to the amount of the judgment and the property involved.

For the reasons given in No. 2704 for dismissing that proceeding, this proceeding is also dismissed.